Argued and submitted June 30, 2000, affirmed May 2, 2001

## STATE OF OREGON,
*Respondent,*

*v.*

## DARRIN LEE MURDOCH,
*Appellant.*

C970432863; A101283

23 P3d 400

Daniel Q. O'Dell, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.

PER CURIAM

Affirmed. *State v. Horsley,* 169 Or App 438, 8 P3d 1021 (2000); *State v. Thorp,* 166 Or App 564, 2 P3d 903 (2000), *rev allowed* 331 Or 598 (2001).